Orville C. MASSEY, Jr., Petitioner—
Appellant,

v.

David BALLARD, Warden, Mount
Olive Correctional Complex,
Respondent—Appellee.

No. 09–7783.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 7, 2010.

Decided: Jan. 27, 2010.

Orville C. Massey, Jr., Appellant Pro Se.
R. Christopher Smith, Charleston, West
Virginia, for Appellee.

Before WILKINSON, SHEDD, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Orville C. Massey, Jr., seeks to appeal
the district court's order accepting the
recommendation of the magistrate judge
and denying relief on his 28 U.S.C. § 2254
(2006) petition. The order is not appeal-
able unless a circuit justice or judge is-
sues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2006). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a con-
stitutional right." 28 U.S.C. § 2253(c)(2)
(2006). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the con-
stitutional claims by the district court is
debatable or wrong and that any disposi-
tive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cock-
rell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that Massey has not made the req-
uisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions
are adequately presented in the materials
before the court and argument would not
aid the decisional process.

*DISMISSED.*